UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | EDCV 16-00844-VAP (SPx) | Date | April 11, 2016 |
|---|---|---|---|

Title  *William Winfrey v. TIC - The Industrial Company*

Present: The Honorable  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Wendy Rogers | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

Matthew W. Gordon  Arthur J. Rooney

**Proceedings:**   DEFENDANT'S MOTION TO DISMISS [DOC. NO. 9];

PLAINTIFF'S MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [DOC. NO. 22]

Court issues a tentative ruling, hears oral argument and takes the matters under submission.